# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0002. ANDREA RHETT v. ELIZABETH WILLFORD.**

According to the materials filed in this Court, the Superior Court of Columbia County has ordered that Andrea Rhett vacate certain premises in Columbia County on or before August 1, 2024; Rhett has now filed in this Court an emergency motion to stay "for 10 days due to hardship." While Rhett's motion is styled as a "Motion to Stay Writ of Possession," the materials before this Court suggest that the writ of possession has not yet issued; accordingly, we treat Rhett's motion as one seeking a stay of the order requiring her to vacate the premises. That motion is denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*